☐AO106 (Rev. 5/05)   Affidavit for Search Warrant

**RECEIVED**
AUG - 9 2013
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| In the Matter of the Search of | APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |
|---|---|
| (Name, address or brief description of person, property or premises to be searched) U.S. Mail express mail parcel number EI998634194US, addressed to "D Langstaff 3946 Fairview Ave Upper, Ketchikan, Alaska 99901" with a return address of "J Skeeterson, 1016 F Street, Arcata, CA 95521" | Case Number: 1:13-mj-00015-LCL |

I, **Roxie A. Craig** Being duly sworn depose and say:

I am a(n) **United States Postal Inspector** (Official Title) and have reason to believe

that ☐ on the person of or  X on the property or premises known as (name, description and/or location)

The above described article, currently located at 3609 Tongass Ave, Ketchikan, AK 99901

in the _____ District of Alaska

there is now concealed a certain property, namely (describe the property to be seized)

Narcotic controlled substances, namely Oxycodone, cocaine, marijuana, methamphetamine, and heroin, in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

Evidence of the below stated offenses.

concerning a violation of Title **21/18** United States code, Section(s) **841(a)(1), & 843(b) / 1716**

The facts to support a finding of probable cause are as follows:

See attached affidavit of Postal Inspector Roxie A. Craig,

Continued on the attached sheet(s) and made a part hereof:   X Yes   ☐ No

Sworn to by telephone and on record 8.9.13
Signature of Affiant ~~Scott Helton~~ Roxie Craig

Sworn to before me and subscribed in my presence,

**Signature Redacted**

Date Aug. 9, 2013      at  Juneau, AK
                            City and State

Leslie Longenbaugh / U.S. Magistrate Judge
Name and Title of Judge

**Signature Redacted**
Signature of Judge