☐ AO 93    (Rev. 12/03) Search Warrant

RECEIVED AUG 26 2013 CLERK, U.S. DISTRICT COURT JUNEAU, ALASKA

# UNITED STATES DISTRICT COURT

District of | Alaska

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

U.S. Mail express mail parcel number EI998634194US, addressed to "D Langstaff 3946 Fairview Ave Upper, Ketchikan, Alaska 99901" with a return address of "J Skeeterson, 1016 F Street, Arcata, CA 95521"

## SEARCH WARRANT

Case Number: 1:13-mj-00015-LCL

TO: | ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS) | or any Authorized Officer of the United States

Affidavit(s) having been made before me by | Roxie A. Craig (Affiant) | who has reason to believe

that ☐ on the person of, or ☒ on the premises known as (name, description and/or)

The above described article, currently located at 3609 Tongass Ave., Ketchikan, AK 99901

in the | | District of | Alaska | there is now concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely Oxycodone, cocaine, marijuana, methamphetamine, and heroin, in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    August 19, 2013
                                                                                                   Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to
                                                                                                                 as required by law.

U.S. Magistrate Judge (Rule 41 (f)(4))

at | Juneau, AK

Date and Time Issued   Aug. 9, 2013   1:38 pm

Leslie Longenbaugh / U.S. Magistrate Judge
Name and Title of Judge

Signature Redacted
Signature of Judge

| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | | Case Number: | 1:13-mj-000015-LCL |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

505 grams green leafy substance
Towel
Comic Book
Sweat Shirt (Alibi - Arcata, CA
Ping Pong Balls
Popcorn
Rocket Balloons.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Signature Redacted     USPIS

Subscribed, sworn to, and returned before me this date.

Signature Redacted

Signature of Judge    Aug. 20, 2013